AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JEAN PAUL DIPIETRO<br><br>*Plaintiff(s)*<br>v.<br>CITY OF HIALEAH<br>SERGIO VELAZQUEZ, individually<br>CARLOS HERNANDEZ, individually<br><br>*Defendant(s)* | Civil Action No.<br><br>19-cv-24212-CMA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF HIALEAH
c/o Carlos Hernandez, Mayor
510 Palm Avenue
Hialeah, FL 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dana M. Gallup, Esq.
Gallup Auerbach
4000 Hollywood Boulevard, Suite 265 South
Hollywood, FL 33021
t: 954-894-3035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Oct 15, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JEAN PAUL DIPIETRO<br><br>*Plaintiff(s)*<br>v.<br>CITY OF HIALEAH<br>SERGIO VELAZQUEZ, individually<br>CARLOS HERNANDEZ, individually<br><br>*Defendant(s)* | Civil Action No.<br><br>19-cv-24212-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr.Sergio Velazquez
c/o City of Hialeah Police Department
5555 E. 8th Avenue
Hialeah, FL 33013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dana M. Gallup, Esq.
Gallup Auerbach
4000 Hollywood Boulevard, Suite 265 South
Hollywood, FL 33021
t: 954-894-3035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Oct 15, 2019



Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JEAN PAUL DIPIETRO | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| CITY OF HIALEAH<br>SERGIO VELAZQUEZ, individually<br>CARLOS HERNANDEZ, individually | ) | 19-cv-24212-CMA |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Mr.Carlos Hernandez
c/o City of Hialeah
510 Palm Avenue
Hialeah, FL 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana M. Gallup, Esq.
Gallup Auerbach
4000 Hollywood Boulevard, Suite 265 South
Hollywood, FL 33021
t: 954-894-3035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Oct 15, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre

Deputy Clerk
U.S. District Courts