UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-24212-CMA-ALTONAGA/GOODMAN

JEAN PAUL DIPIETRO,

        Plaintiff,

v.

CITY OF HIALEAH,
SERGIO VELAZQUEZ, individually,
CARLOS HERNANDEZ, individually.

        Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation For Dismissal With Prejudice and further state as follows:

On July 24, 2020, the Court administratively closed this case upon being advised by the Parties that settlement discussions were under way. The case has now settled.

Accordingly, the Parties stipulate and request that the Court enter its Order dismissing the case with prejudice, each Party to bear its own attorney's fees and costs.

**[SIGNATURES ON THE FOLLOWING PAGE.]**

| | |
|---|---|
| **GALLUP AUERBACH**<br>4000 Hollywood Boulevard, Suite 265, South<br>Hollywood, Florida 33021<br>(954) 894-3035 (Telephone)<br>(954) 894-8015 (Fax) | **BRYANT MILLER OLIVE P.A.**<br>One S.E. Third Avenue, Suite 2200<br>Miami, Florida 33131<br>(305) 374-7349 (Telephone)<br>(305) 374-0895 (Fax) |
| By   /s/Dana M. Gallup<br>   Dana M. Gallup (FL Bar No. 949329)<br>   dgallup@gallup-law.com<br>   Carter M. Sox (FL Bar No. 116907)<br>   csox@gallup-law.com<br>   mescobar@gallup-law.com<br>   *Counsel for Plaintiff* | By:   /s/David C. Miller<br>   David C. Miller (FL Bar No. 147427)<br>   dmiller@bmolaw.com<br>   Denise M. Heekin (FL Bar No. 892998)<br>   dheekin@bmolaw.com<br>   Ranjiv Sondhi (FL Bar No. 105581)<br>   rsondhi@bmolaw.com<br>   *Counsel for Defendants City of*<br>   *Hialeah and Carlos Hernandez,*<br>   *individually* |

**MARRERO & WYDLER LAW OFFICE**
2600 South Douglas
Coral Gables, Florida 33134
(305) 446-5528 (Telephone)
(305) 446-0995 (Fax)

By   /s/Oscar E. Marrero
   Oscar E. Marrero (FL Bar No. 372714)
   oem@marrerolegal.com
   Lourdes Espino Wydler (FL Bar No. 719811)
   lew@marrerolegal.com
   *Counsel for Defendant Sergio Velazquez*